No. 95-3767

United States of America,      *
     *
        Appellee,      *
     *   Appeal from the United States
    v.      *   District Court for the
     *   District of South Dakota.
Paul James Wickham, also known      *
as James Floyd Woodruff,      *      [UNPUBLISHED]
     *
        Appellant.      *

Submitted: April 24, 1996

Filed: April 29, 1996

Before BEAM, LOKEN, and MORRIS S. ARNOLD, Circuit Judges.

PER CURIAM.

Paul James Wickham appeals from the 90-month sentence imposed by the district court[1] after he pleaded guilty to possessing methamphetamine with intent to distribute and using or carrying a firearm in relation to a drug trafficking offense. We have carefully reviewed the record and conclude Wickham knowingly and voluntarily waived his right to appeal by the undertakings in his plea agreement and his statements at the change-of-plea hearing. See United States v. Rutan, 956 F.2d 827, 829 (8th Cir. 1992).

Accordingly, the appeal is dismissed.

---

[1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.

A true copy.

Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.